UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESSIE RAY LAUDERDALE,<br><br>　　　　Defendant. | Case No.  5:15-cr-00012-LHK-1 (HRL)<br><br>**ORDER RE DEFENDANT'S MOTION FOR CLARIFICATION**<br><br>Re: Dkt. No. 34 |

　　　　The court responds to defendant's "Motion for Clarification re:  Pending Discovery Question" as follows:

　　　　As propounded to the government and as presented to this court, defendant's discovery request asked plaintiff to state "[w]hether the CI had previously met Mr. Lauderdale or seen him in person before conducting the alleged controlled buy.  If so, under what circumstances."  (Dkt. 17, Ex. J at 2; Dkt. 29 Reply at 18).  That is the question which the court has directed the government to address.

　　　　SO ORDERED.

Dated:  November 3, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

5:15-cr-00012-LHK-1 Notice has been electronically mailed to:

Varell Laphalle Fuller     Varell_Fuller@fd.org, Susie_Barrera@fd.org

William James Gullotta     william.gullotta@usdoj.gov, ryka.barghi@usdoj.gov