UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSIE RAY LAUDERDALE,<br><br>Defendant. | Case No. 5:15-cr-00012-LHK-1 (HRL)<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR DISCLOSURE OF CONFIDENTIAL INFORMANT'S IDENTITY** |

Defendant moves for an order compelling the government to disclose the identity of the confidential informant (CI) who made a controlled purchase of methamphetamines that was used as the basis for a search warrant of defendant's residence. According to the government, that warrant led to the seizure of approximately one pound of methamphetamines, as well as twenty firearms and approximately 60,000 rounds of ammunition.

As discussed in this court's prior discovery order (Dkt. 36), the CI was not a percipient witness to any of the conduct charged in the superseding indictment, and the government does not intend to call the CI as a witness---and, generally, disclosure of an informant's identity is not warranted under such circumstances. Nevertheless, defendant having cited some authority for the proposition that disclosure might sometimes be justified where probable cause is at issue, this court concluded that he made a minimal threshold showing to warrant an *in camera* hearing with the CI to determine whether the CI would, in fact, be helpful to Lauderdale's defense and whether

the CI's identity should be disclosed.

This court held that *in camera* hearing on November 17, 2015, without the presence of defendant or counsel for either side. The CI was placed under oath and examined on the record[1] by this court, using questions defendant lodged with the undersigned's chambers on November 16, 2015.[2] Having explored the CI's role as informant and the circumstances of the controlled buy, this court concludes that, on balance, the CI's testimony is not helpful to defendant. Additionally, this court finds plausible basis for the government's concern that disclosing the CI's identity would compromise the CI's safety. Accordingly, defendant's request for disclosure of the CI's identity is denied.

SO ORDERED.

Dated:   November 18, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

---

[1] The record of the proceedings has been sealed.

[2] At defendant's request, the government also submitted to this court unredacted copies of certain documents that the government produced to defendant in discovery. (See Dkt. Nos. 38-39).

5:15-cr-00012-LHK-1 Notice has been electronically mailed to:

Varell Laphalle Fuller     Varell_Fuller@fd.org, Susie_Barrera@fd.org

William James Gullotta     william.gullotta@usdoj.gov, ryka.barghi@usdoj.gov