BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   William.Gullotta@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 15-00012 LHK / HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL |
| JESSIE RAY LAUDERDALE, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Superseding Indictment and the Indictment without prejudice in the above-referenced case.

DATED: January 13, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

WILLIAM J. GULLOTTA
Assistant United States Attorney

NOTICE OF DISMISSAL (CR 15-00012 LHK)

Leave is granted to the government to dismiss the Superseding Indictment and the Indictment. The Clerk shall close the case file.

Date: January 14, 2016

_____
LUCY H. KOH
United States District Judge